*MINUTES OF PROCEEDINGS JURY/BENCH TRIAL*
*HONORABLE JAMES S. GWIN*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF OHIO*

UNITED STATES OF AMERICA

vs.

MARC A. MONTGOMERY

Date: 4/10/17
Case No. 1:17CR00060-002
Court Reporter: L. Boardman
Tape No:

COUNSEL FOR PLAINTIFF(S): Megan R. Miller / Edward F. Feran
COUNSEL FOR DEFENDANT(S): Roger M. Synenberg / Christian J. Grostic

**PROCEEDINGS:**

TRIAL TO:   Court _____   Jury  X

OPENING STATEMENTS OF COUNSEL  X

PLTF'S CASE:   Begun  X   Continued and ___   Not Concluded ___   Concluded  X

DEFT'S CASE:   Begun ___   Continued and ___   Not Concluded ___   Concluded ___

TESTIMONY TAKEN  X   (See Witness List)

REBUTTAL OF PLAINTIFF _____       SURREBUTTAL OF DEFENDANT _____

FINAL ARGUMENTS _____       CHARGE TO THE JURY _____

JURY DELIBERATIONS:  Begun _____   Continued and _____   Not Concluded _____   Concluded _____

TRIAL ADJOURNED UNTIL  4/11/17 at 8:20 a.m.
TOTAL TRIAL TIME:  7 hrs. 22 min.
EXHIBITS LOCATED:  JERS
EXHIBITS RETURNED TO COUNSEL:

**COMMENTS:**
The Court granted defendant's oral motion to limit the testimony of witness Michelle Montgomery. The Court takes defendant's Rule 29 motion for acquittal under advisement.
FBI Special Agent Andrew Earl also present.

s/ Melanie Dresch
Courtroom Deputy Clerk